

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Homegoods, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Deirdre Buckhalter-Barr, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Homegoods, Inc., a foreign corporation; Doe Individuals 1-10; Doe Employees 11-20; and Roe Coporations 21-30,<br><br>Defendant. | Case No.: 2:22-cv-161-JCM-VCF<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 2:22-cv-161 with prejudice, each to bear their own fees and costs. No trial date has been set.

| WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Michael Lowry<br>MICHAEL P. LOWRY, ESQ<br>Nevada Bar No. 10666<br>JONATHAN C. PATTILLO, ESQ.<br>Nevada Bar No. 13929<br>Attorneys for Homegoods, Inc. | COGBURN LAW<br><br>/s/ Hunter Davidson<br>JAMIE S. COGBURN, ESQ.<br>Nevada Bar No. 8409<br>HUNTER S. DAVIDSON, ESQ.<br>Nevada Bar No. 14860<br>Attorneys for Plaintiff |
|---|---|
| | IT IS SO ORDERED June 28, 2022.<br><br>*[signature]*<br>UNITED STATES DISTRICT JUDGE |

271535289v.1